# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF REINSTATEMENT OF STANLEY E. WADE, JR., BAR NO. 8302.

No. 72242



**FILED**

JUL 2 5 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER OF REINSTATEMENT*

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation that suspended attorney Stanley E. Wade, Jr.'s petition for reinstatement be granted.

This court previously suspended Wade for one year. *In re Discipline of Wade*, Docket No. 65393 (Order Approving Conditional Guilty Plea Agreement, July 7, 2014). In that order, we required that before seeking reinstatement, Wade had to pay the costs of that disciplinary proceeding and restitution to five clients. The hearing panel found that Wade has made those payments and has otherwise met his burden for reinstatement under SCR 116(2). Thus, the panel recommended that Wade be reinstated to the practice of law in Nevada.

Based on our de novo review, we agree with the panel's conclusion that Wade has satisfied his burden in seeking reinstatement by clear and convincing evidence. *See* SCR 116(2) (requiring an attorney to demonstrate by "clear and convincing evidence that he or she has the moral qualifications, competency, and learning in law required for admission to practice law in this state" and that the attorney's "resumption of the practice of law will not be detrimental to the integrity

17-24683

and standing of the bar, to the administration of justice, or to the public interest"); *Application of Wright*, 75 Nev. 111, 112-13, 335 P.2d 609, 610 (1959) (reviewing a petition for reinstatement de novo). We therefore approve the panel's recommendation that the petition be granted. Accordingly, Stanley E. Wade, Jr. is hereby reinstated to the practice of law in Nevada. Wade shall pay the costs of the reinstatement proceeding in the amount of $2,000 plus the costs of the transcript of the proceedings within 30 days of this order, if he has not done so already. *See* SCR 120.

It is so ORDERED.

_____, C.J.
Cherry

_____, J.           _____, J.
Douglas                       Gibbons

_____, J.           _____, J.
Pickering                     Hardesty

_____, J.           _____, J.
Parraguirre                   Stiglich

cc:    Chair, Southern Nevada Disciplinary Board
       Albright Stoddard Warnick & Albright
       C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
       Kimberly K. Farmer, Executive Director, State Bar of Nevada
       Perry Thompson, Admissions Office, U.S. Supreme Court